UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

Andrea Tapia *and all others similarly
situated*, *et al.*,

                              Plaintiffs,                **ORDER**

          -against-                          18 Civ. 10771 (AEK)

Fidel Lira *also known as* Jesus Lira, *et al.*,

                              Defendants.
-------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

       In accordance with the Court's Scheduling Order issued on June 15, 2021, ECF No. 93, the parties were to meet and confer regarding a proposed Civil Case Discovery Plan and Scheduling Order and **by no later than June 25, 2021**, submit a joint letter, providing an update regarding the status of discovery and an explanation as to why they want a stay of discovery at this point in time. The proposed Civil Case Discovery Plan and Scheduling Order was to be attached to the joint letter. To date, the parties have submitted nothing to the Court, nor have they requested an extension of time in which to do so.

       Accordingly, the parties are to submit a joint letter and proposed Civil Case Discovery Plan and Scheduling as set forth above **by no later than July 7, 2021**. The failure to do so may result in the Court denying any request for a stay of discovery.

Dated: July 1, 2021
       White Plains, New York

                                                    **SO ORDERED.**

                                               _____
                                               ANDREW E. KRAUSE
                                             United States Magistrate Judge