UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Andrea Tapia and all others similarly
situated, et al.,

                      Plaintiffs,                     **ORDER**

        -against-                           18 Civ. 10771 (AEK)

Fidel Lira also known as Jesus Lira, et al.,

                      Defendants.
------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

At the in-person conference held earlier today, the Court ordered the following schedule for the completion of discovery:

    (1) the depositions of Fidel Lira and James Lira are to be conducted on 4/8/2022;

    (2) the deposition of the Rule 30(b)(6) witness for New Killmallock, Inc. is to be conducted on 4/12/2022; and

    (3) the deposition of Mary Maloney is to be conducted on 4/14/2022.

The non-settling defendants' pre-motion letter regarding their motion for summary judgment, no longer than five pages, is to be filed by 4/22/2022; the plaintiffs' responsive letter, no longer than five pages, is to be filed by 5/6/2022.

An in-person conference is hereby scheduled for 5/16/2022 at 10:00 am in Courtroom 250 at the Honorable Charles L. Brieant Jr. Federal Building and Courthouse, 300 Quarropas Street, White Plains, New York 10601.

Dated: March 28, 2022
       White Plains, New York

**SO ORDERED.**

_____
ANDREW E. KRAUSE
United States Magistrate Judge