UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

Andrea Tapia and all others similarly
situated, *et al.*,

                         Plaintiffs,                 **ORDER**

       -against-                                    18 Civ. 10771 (AEK)

Fidel Lira also known as Jesus Lira, *et al.*,

                         Defendants.
-------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

       The parties have modified the proposed settlement agreement as directed in the Court's prior orders. *See* ECF Nos. 108, 121. Accordingly, the Court hereby APPROVES the settlement agreement in this matter as fair and reasonable in accordance with *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), and the legal standards set forth in ECF No. 108.

       In light of this approval, the matter is now complete only with respect to Defendants Fidel Lira a/k/a Jesus Lira, Mary E. Maloney[1] a/k/a Mary Lira, and New Killmallock, Inc. The Clerk of the Court is respectfully directed to terminate these three Defendants from the action.

Dated: June 8, 2022
       White Plains, New York

                                                           **SO ORDERED.**

                                                  _____
                                                  ANDREW E. KRAUSE
                                                  United States Magistrate Judge

---

[1] Mary E. Maloney is sued herein as "Mary E. Moloney."