**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
ANDREA TAPIA and all others similarly situated,

                Plaintiff,                18 **CIVIL** 10771 (AEK)

      -v-                                      <u>**JUDGMENT**</u>

FIDEL LIRA also known as JESUS LIRA, et al.,

                Defendants.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated March 31, 2023, Defendants' motion for summary judgment is GRANTED, and the action is dismissed with prejudice. Judgment is entered in favor of Defendants James Lira, Guadalajara Mexican Restaurant, and Axolotl Ltd.; accordingly, the case is closed.

**Dated:**  New York, New York
            March 31, 2023

                                                  **RUBY J. KRAJICK**

                                                  **Clerk of Court**

                          **BY:**      *K. Mango*

                                                  **Deputy Clerk**